# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | McFarland, Joshua Nathan | Docket No. | 0980 2:22CR00082-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Joshua Nathan McFarland, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 12th day of September 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances in violation of 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #18:** Defendant shall submit to random urinalysis testing (or any other form of prohibited substance testing) as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 14, 2022, the undersigned officer and Mr. McFarland reviewed the conditions of pretrial release supervision. Mr. McFarland acknowledged an understanding of the release conditions at that time.

**Violation #1:** Joshua Nathan McFarland is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on October 4, 2022.

On October 4, 2022, Mr. McFarland reported to the U.S. Probation Office and provided a urine sample that tested presumptive positive for the presence of amphetamine and methamphetamine. Mr. McFarland denied using methamphetamine at that time. Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On October 8, 2022, Alere confirmed the aforementioned urine specimen tested positive for the presence of amphetamine and methamphetamine.

**Violation #2:** Joshua Nathan McFarland is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine on October 16, 2022.

On October 18, 2022, Mr. McFarland reported to the U.S. Probation Office and provided a urine sample that tested presumptive positive for the presence of amphetamine and methamphetamine. Mr. McFarland admitted he ingested methamphetamine on October 16, 2022. Subsequently, Mr. McFarland signed a substance abuse admission form acknowledging his use of methamphetamine. The urine specimen was also sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On October 25, 2022, Alere confirmed the aforementioned urine specimen tested positive for the presence of amphetamine and methamphetamine.

**Violation #3:** Joshua Nathan McFarland is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine on October 22, 2022.

On October 25, 2022, Mr. McFarland reported to the U.S. Probation Office and provided a urine sample that tested presumptive positive for the presence of amphetamine, methamphetamine and opiates. Mr. McFarland admitted he smoked methamphetamine on October 22, 2022. He signed a substance abuse admission form acknowledging his use of methamphetamine. He denied ingesting opiates.

Subsequently, the urine specimen was sent to Alere Toxicology Services, Inc. (Alere) for further analysis. As of the date of this petition, the undersigned officer has yet to receive the laboratory results regarding the above-noted urine specimen.

**Violation #4:** Joshua Nathan McFarland is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing at Pioneer Human Services on September 29, October 14 and 19, 2022.

On September 14, 2022, the undersigned officer referred Mr. McFarland to the phase urinalysis testing program at Pioneer Human Services (PHS). Mr. McFarland was instructed to contact PHS on a daily basis to determine if he was required to submit to random drug testing.

Mr. McFarland failed to appear for random drug testing at PHS on September 29, October 14 and 9, 2022.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 27, 2022

by  s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer
10/28/2022
Date