PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 12, 2022**

SEAN F. McAVOY, CLERK

| | | |
|---|---|---|
| U.S.A. vs. | McFarland, Joshua Nathan | Docket No.     0980 2:22CR00082-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Joshua Nathan McFarland, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 12th day of September 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances in violation of 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 14, 2022, the undersigned officer and Mr. McFarland reviewed the conditions of pretrial release supervision. Mr. McFarland acknowledged an understanding of the release conditions at that time.

**Violation #5:** Joshua Nathan McFarland is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine and methamphetamine on November 16, 2022.

On November 16, 2022, Mr. McFarland reported to Pioneer Human Services (PHS) and provided a urine specimen that tested presumptive positive for the presence of methamphetamine.  Mr. McFarland denied using methamphetamine at that time. Subsequently, the urine sample was sent to Alere Toxicology Services, Inc. (Alere) for further analysis.

On November 23, 2022, Alere confirmed the above-noted urine specimen tested positive for the presence of amphetamine and methamphetamine.

**Violation #6:** Joshua Nathan McFarland is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine on December 7, 2022.

On December 7, 2022, Mr. McFarland reported to Pioneer Human Services and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine.  Mr. McFarland signed a substance abuse admission form acknowledging he ingested a prohibited controlled substance.  However, he did not specify the date of his use of this substance.

On December 8, 2022, the undersigned officer contacted Mr. McFarland to discuss the above-noted presumptive positive drug test.  Mr. McFarland acknowledged he smoked methamphetamine on or about December 6, 2022.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS
PREVIOUSLY REPORTED TO THE COURT

PS-8

**Re: McFarland, Joshua Nathan**
**December 9, 2022**
**Page 2**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    December 9, 2022

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ X ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ X ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

12/12/22

Date