# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2023

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | McFarland, Joshua Nathan | Docket No. | 0980 2:22CR00082-TOR-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Joshua Nathan McFarland, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the court at Spokane, Washington, on the 12th day of September 2022, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances in violation of 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On September 14, 2022, the undersigned officer and Mr. McFarland reviewed the conditions of pretrial release supervision. Mr. McFarland acknowledged an understanding of the release conditions at that time.

**Violation #1:** Joshua Nathan McFarland is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine on March 22, 2023.

On March 22, 2023, Mr. McFarland reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of methamphetamine.  Mr. McFarland admitted he ingested methamphetamine on or about March 20, 2023.  Subsequently, Mr. McFarland signed a substance abuse admission form acknowledging his use of methamphetamine.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on:   March 29, 2023 |
| by | s/Erik Carlson |
|   | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

**Re: McFarland, Joshua Nathan**
**March 29, 2023**
**Page 2**

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Thomas O. Rice
United States District Judge

March 30, 2023
Date