PROB 12C
(6/16)

Report Date: May 26, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 30, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Joshua Nathan McFarland | Case Number: | 0980 2:22CR00082-TOR-1 |
| Address of Offender: | ▮▮▮▮▮▮ Spokane, Washington 99216 | | |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 11, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Passing of Counterfeit Currency, 18 U.S.C. § 472 | | |
| Original Sentence: | Prison - 1 day;<br>TSR - 12 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Richard Barker | Date Supervision Commenced: | May 11, 2023 |
| Defense Attorney: | Justin Lonergan | Date Supervision Expires: | May 10, 2024 |

## PETITIONING THE COURT

To issue a summons.

On May 11, 2023, a United States probation officer reviewed Mr. McFarland's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged that Mr. McFarland is in violation of his conditions of supervised release for using methamphetamine and fentanyl on or about May 20, 2023. |
| | On May 19, 2023, Mr. McFarland reported to the United States Probation Office for his intake. After the intake was completed he was placed in the lobby and instructed to notify the front desk when he was able to provide a urinalysis. Later that day, the undersigned officer was notified that Mr. McFarland left the lobby area without notifying the front desk for a urinalysis. The undersigned officer contacted him and instructed him to report to the United States Probation Office on Monday, May 22, 2023. |
| | On May 22, 2023, Mr. McFarland reported to the probation office.  After several attempts to collect a urinalysis, he admitted that he was cleaning his garage on Saturday, May 20, |

Prob12C
Re: McFarland, Joshua Nathan
May 26, 2023
Page 2

2023, and found methamphetamine and used it. Mr. McFarland's urinalysis returned presumptive positive for methamphetamine and fentanyl, he denied consuming fentanyl. It was sent to the lab and those results are still pending.

2  **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. McFarland is in violation of his conditions of supervised release for using methamphetamine and fentanyl on or about May 24, 2023.

On May 24, 2023, Mr. McFarland appeared at Pioneer Human Services (PHS) for the purposes of submitting to a random urinalysis. The urine sample tested presumptive positive for methamphetamine and fentanyl; he denied any use since May 20, 2023. The specimen was sent to the lab and those results are still pending.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/26/2023

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge

May 30, 2023
Date