PROB 12C
(6/16)

Report Date: February 13, 2024

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 13, 2024

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Joshua Nathan McFarland          Case Number: 0980 2:22CR00082-TOR-1

Address of Offender: ████████ Spokane, Washington 99216

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 11, 2023

| | | |
|---|---|---|
| Original Offense: | Passing of Counterfeit Currency, 18 U.S.C. § 472 | |
| Original Sentence: | Prison - 1 day; TSR - 12 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (June 21, 2023) | Prison: - 4 months TSR: 32 months | |
| Revocation Sentence: (November 30, 2023) | Prison: - 58 days TSR: 30 months | |
| Asst. U.S. Attorney: | Michael Louis Vander Giessen | Date Supervision Commenced: December 6, 2023 |
| Defense Attorney: | Lorinda Youngcourt | Date Supervision Expires: June 5, 2026 |

## PETITIONING THE COURT

To issue a WARRANT.

On January 4, 2024, a United States probation officer reviewed Mr. McFarland's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. McFarland violated the terms of his conditions of supervised release by failing to report for a random urinalysis on January 8, 2024. |

Prob12C
**Re: McFarland, Joshua Nathan**
**February 13, 2024**
**Page 2**

On January 8, 2024, Mr. McFarland's color for random urinalysis testing was called; he failed to report for testing to Pioneer Human Services (PHS) on that date.

2    **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. McFarland violated the terms of his conditions of supervised release by submitting a urinalysis that appeared to be diluted on January 9, 2024.

On January 9, 2024, Mr. McFarland reported to the United States Probation Office. He submitted a urinalysis, which appeared to be dilute. The sample was sent to the lab for confirmation. On January 13, 2024, the sample returned diluted, not consistent with human urine.

3    **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. McFarland violated the terms of his conditions of supervised release by testing positive for methamphetamine on or about January 16, 2024.

On January 16, 2024, Mr. McFarland reported to the Untied States Probation Office. Due to the recent urinalysis returning diluted and not consistent with human urine, a sweat patch was placed on Mr. McFarland.

On January 25, 2024, Mr. McFarland reported to the United States Probation Office to have the sweat patch removed.

On February 12, 2024, the sweat patch returned from the lab positive for methamphetamine and amphetamine.

4    **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mr. McFarland violated the terms of his conditions of supervised release by testing positive for methamphetamine on or about February 10, 2024.

On February 12, 2024, Mr. McFarland reported to the Untied States Probation Office.  He was questioned about the recent sweat patch that returned positive for methamphetamine. Initially, he denied any use despite a lab confirmation. After further questioning, he admitted to using methamphetamine on February 10, 2024. He signed an admission form.

Prob12C
**Re: McFarland, Joshua Nathan**
**February 13, 2024**
**Page 3**

5          **Standard Condition #7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Joshua McFarland allegedly violated standard condition number 7 by failing to obtain employment.

Since starting his supervision, Mr. McFarland has made no reasonable effort in trying to obtain employment. On February 8, 2024, at an office appointment, the undersigned officer asked about his progress on job searching. He stated he is not getting a job due to his anxiety and wants to work on his sobriety.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/13/2024

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

**THE COURT ORDERS**

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

February 13, 2024

Date