PROB 12C
(6/16)

Report Date: March 1, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 01, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Joshua Nathan McFarland | Case Number: | 0980 2:22CR00082-TOR-1 |
| Address of Offender: | [redacted] Spokane, Washington 99216 | | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 11, 2023

| | | | |
|---|---|---|---|
| Original Offense: | Passing of Counterfeit Currency, 18 U.S.C. § 472 | | |
| Original Sentence: | Prison - 1 day;<br>TSR - 12 months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(June 21, 2023) | Prison- 4 months<br>TSR- 32 months | | |
| Revocation Sentence<br>(November 30, 2023) | Prison- 58 days<br>TSR- 30 months | | |
| Asst. U.S. Attorney: | Michael Louis Vander Giessen | Date Supervision Commenced: | December 6, 2023 |
| Defense Attorney: | Lorinda Youngcourt | Date Supervision Expires: | June 5, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 2/13/2024.

On January 4, 2024, a United States probation officer reviewed Mr. McFarland's conditions of supervised release with him. He signed his judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged Mr. McFarland violated the terms of his conditions of supervised release by testing positive for fentanyl on or about February 13, 2024. |

Prob12C
Re: McFarland, Joshua Nathan
March 1, 2024
Page 2

On February 28, 2024, the undersigned officer was notified by the counselor at SPARC that Mr. McFarland submitted a random urinalysis on February 13, 2024 and it returned positive from the lab for methamphetamine, amphetamine, and fentanyl.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/01/2024

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[X] Other: **The Revocation of Supervised Release Hearing scheduled for 3/20/2024 remains set.**

Thomas O. Rice
United States District Judge

March 1, 2024
Date